**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> **v.** <br> **NATHANIEL A. HOLMES, JR.,** <br> **Defendant.** | **Case No. 23-CR-30087-SPM** |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Pending before the Court is a Motion to Authorize Payment from Inmate Trust Account filed by the United States of America. (Doc. 69). On October 7, 2025, the Court sentenced Defendant Nathaniel A. Holmes, Jr. to a total of 24 months' imprisonment and 3 years' supervised release. (Doc. 65). The Court also ordered Holmes to pay a special assessment of $100 and restitution of $3,050. (*Id.*). In its Motion, the Government represents that as of August 19, 2026, Holmes had paid his $100 special assessment and $589.24 towards his restitution, resulting in a balance of $2,460.76. (Doc. 69).

The Government now seeks an order, pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), authorizing the Bureau of Prisons (BOP) to turn over to the Clerk of the Court $2,460.76 in non-exempt funds held in Holmes' inmate trust account. (*Id.*). The funds would be applied as payment of the restitution imposed in this case.

On August 17, 2026, the Government learned that Holmes had a balance of $2,480.05 in his account. (*Id.*). The Government sent a letter to the Warden of Federal

Correctional Institute Thomson[1], and Holmes' inmate account was encumbered. (*Id.*). The Bureau of Prisons ("BOP") now has possession, custody, or control of approximately $2,480.05 in encumbered funds belonging to Holmes. The Government asks the Court to authorize the deduction of $2,460.76. (*Id.*). For the reasons stated in the Government's motion, the Motion to Authorize Payment from Inmate Trust Account (Doc. 69) is **GRANTED**. The BOP is **ORDERED** to turn over to the Clerk of Court the amount of $2,460.76, less any amount that Holmes has paid towards restitution between August 19, 2026, and this Order. The Clerk of Court shall accept the deposit from the funds currently held in the trust account for the following inmate:

Inmate Name: Nathaniel A. Holmes
Inmate Number: 67250-510
Inmate's Current Facility: RRM St. Louis
1222 Spruce St., STE 6.101
St. Louis, MO 63101
Inmate's Previous Facility: FCI Thompson
1100 1 Mile Road
Thomson, IL 61285

The Clerk shall apply these funds as payment toward the restitution owed by Holmes in this case. Payment shall be made to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Government is **ORDERED** to provide a copy of this Order to the BOP.

**DATED: October 20, 2026**

**STEPHEN P. McGLYNN**
**U.S. District Judge**

[1] Holmes has since been transferred to the St. Louis Residential Reentry Management facility.